**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Gregory Philip KENDALL, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 15, 2001.
Decided Dec. 6, 2001.

Carol Anne Redding, Patrick James Redding, Chambersburg, for G. Kendall.

Angela Rosenberry Krom, John F. Nelson, Chambersburg, for Commonwealth of Pennsylvania.

Before ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Chief Justice FLAHERTY did not participate in the consideration or decision of this case.

Justice ZAPPALA dissents.